**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Billy Wayne CHENEY, Defendant–Appellant.**

No. 06–14935

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 30, 2007.

Hugh B. McNatt, McNatt and Greene, Vidalia, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before TJOFLAT, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Hugh B. McNatt, appointed counsel for Billy Wayne Cheney in this direct criminal appeal, has moved to withdraw from further representation of appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because the independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Cheney's conviction and sentence are **AFFIRMED.**